IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DONTE PRINCE,** | : | CIVIL ACTION NO. 1:25-CV-1305 |
| | : | |
| Petitioner | : | (Judge Neary) |
| | : | |
| v. | : | |
| | : | |
| **WARDEN OF FCI-ALLENWOOD MEDIUM,** | : | |
| | : | |
| | : | |
| Respondent | : | |

## ORDER

AND NOW, this 30th day of September, 2025, upon consideration of the petition for writ of habeas corpus (Doc. 1), and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The petition for writ of habeas corpus (Doc. 1) is DISMISSED.

2. The Clerk of Court is directed to CLOSE this case.

                                      /S/ Keli M. Neary
                                      Keli M. Neary
                                      United States District Judge
                                      Middle District of Pennsylvania